IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3021 |
| vs. | ORDER |
| ROBERT WILLIAMS, | |
| Defendant. | |

This matter is before the Court on correspondence from the defendant that the Court has filed as a motion for copies (filing 84). The Court will deny the defendant's motion. The defendant does not have the right to receive copies of documents without payment, even if he is indigent. *See* 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). And the defendant's motion does not explain why he needs the copies.

The defendant may pay the Clerk of the Court for copies at the established rate of 50¢ per page. The documents he has requested—the plea agreement, judgment, and docket sheet—total 19 pages for a total cost of $9.50, which must be prepaid when the copies are requested.

IT IS ORDERED that the defendant's motion for documents (filing 84) is denied.

Dated this 29th day of August, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge